IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| BONGO PRODUCTIONS, LLC, ROBERT BERNSTEIN, SANCTUARY PERFORMING ARTS LLC, and KYE SAYERS, | ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) ) | Civ. Action No. 3:21-cv-00490 Judge Trauger |
| CARTER LAWRENCE, Tennessee State Fire Marshal, in his official capacity, CHRISTOPHER BAINBRIDGE, Director of Codes Enforcement, in his official capacity, GLENN R. FUNK, District Attorney General for the 20th Judicial District, in his official capacity, and NEAL PINKSTON, District Attorney General for 11th Judicial District, in his official capacity, | ) ) ) ) ) ) ) ) ) ) ) | |
| Defendants. | ) | |

## DECLARATION OF THOMAS H. CASTELLI

1. I am one of the attorneys for Plaintiffs Bongo Productions, LLC, Robert Bernstein, Sanctuary Performing Arts LLC, and Kye Sayers.

2. I submit this declaration to provide copies of materials referenced in the memorandum of law in support of Plaintiffs' motion for preliminary injunction that are not readily available online. All other materials referenced in Plaintiffs' memorandum of law are available in reporters or other legal databases, or include a URL in the citation for ease of access.

1

3. A true and accurate copy of Joshua D. Safer & Vin Tangpricha, *Care of the Transgender Patient*, 171 Annals of Internal Med. 171:ITC1 (July 2, 2019) is attached as Exhibit A.

4. A true and accurate copy of Katrina Kazarkis, *The Misuses of 'Biological Sex,'* The Lancet 1898 (Nov. 23, 2019) is attached as Exhibit B.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: June 25, 2021

/s/ Thomas H. Castelli
Thomas H. Castelli (No. 24849)
American Civil Liberties Union Foundation of Tennessee
P.O. Box 120160
Nashville, TN 37212
Tel: (615) 320-7142
tcastelli@aclu-tn.org