IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| BONGO PRODUCTIONS, LLC, ROBERT BERNSTEIN, SANCTUARY PERFORMING ARTS LLC, and KYE SAYERS, <br><br> Plaintiffs, <br><br> v. <br><br> CARTER LAWRENCE, Tennessee State Fire Marshal, in his official capacity, CHRISTOPHER BAINBRIDGE, Director of Codes Enforcement, in his official capacity, GLENN R. FUNK, District Attorney General for the 20th Judicial District, in his official capacity, and NEAL PINKSTON, District Attorney General for 11th Judicial District, in his official capacity, <br><br> Defendants. | Civ. Action <br> No. 3:21-cv-00490 <br> Judge Trauger |

## MOTION FOR ADMISSION PRO HAC VICE

Pursuant to Rule 83.01(b) of the Local Rules of this Court, Thomas H. Castelli, a member of the bar of this Court, hereby moves for the admission *pro hac vice* of Rose Saxe, an attorney at the American Civil Liberties Union, 125 Broad Street, 18th Floor, New York, NY 10004, 212-549-2605, rsaxe@aclu.org, for the purposes of this litigation in this Court as counsel for plaintiffs.

1. Rose Saxe does not reside in this district and does not maintain an office in this district for the practice of law.

2. Rose Saxe is a member in good standing of the United States District Court for the Southern District of New York. A certificate of good standing and sworn statement

regarding disciplinary, contempt, and criminal proceedings are attached, and the filing fee in the amount of $100.00 has been paid to the Clerk via the Court's electronic payment system.

                                                  Respectfully submitted,

                                                  */s/ Thomas H. Castelli*
                                                  Thomas H. Castelli, BPR No. 024849
                                                  Stella Yarbrough, BPR No. 33637
                                                  ACLU Foundation of Tennessee
                                                  P.O. Box 120160
                                                  Nashville, TN 37212
                                                  Tel.: 615-320-7142
                                                  tcastelli@aclu-tn.org
                                                  syarbrough@aclu-tn.org

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| BONGO PRODUCTIONS, LLC, ROBERT ) <br> BERNSTEIN, SANCTUARY PERFORMING ) <br> ARTS LLC, and KYE SAYERS, ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> ) <br> CARTER LAWRENCE, Tennessee State Fire ) <br> Marshal, in his official capacity, ) <br> CHRISTOPHER BAINBRIDGE, Director of ) <br> Codes Enforcement, in his official capacity, ) <br> GLENN R. FUNK, District Attorney General ) <br> for the 20th Judicial District, in his official ) <br> capacity, and NEAL PINKSTON, District ) <br> Attorney General for 11th Judicial District, in ) <br> his official capacity, ) <br> ) <br> Defendants. ) | Civ. Action <br> No. 3:21-cv-00490 <br> Judge Trauger |

## DECLARATION OF ROSE SAXE

1. I hereby certify that I am a member in good standing of the of the United States District Court for the Southern District of New York. A true and correct copy of my Certificate of Good Standing is included with the motion for my admission *pro hac vice*.

2. I also declare under penalty of perjury that I am not, nor have I ever been, the subject of criminal proceedings nor disciplinary proceedings by any disciplinary authority, nor have I had a finding of contempt or a sanction against me under 28 U.S.C. § 1927.

                                                  */s/ Rose Saxe*_____
                                                  Rose Saxe
                                                  American Civil Liberties Union
                                                  125 Broad Street, 18th Floor
                                                  New York, NY 10004
                                                  (212) 549-2605
                                                  rsaxe@aclu.org

## CERTIFICATE OF SERVICE

I, the undersigned, do hereby certify that on June 25, 2021, a true and correct copy of the foregoing has been served by e-mail according to the agreement and instructions from the Attorney General's Office to tnattygen@ag.tn.gov.

*/s/ Thomas H. Castelli*
Thomas H. Castelli (No. 24849)
American Civil Liberties Union
Foundation of Tennessee
P.O. Box 120160
Nashville, TN 37212
Tel: (615) 320-7142
tcastelli@aclu-tn.org

*Attorney for Plaintiffs*