

Office of the Clerk
**United States Court of Appeals for the Ninth Circuit**
Post Office Box 193939
San Francisco, California 94119-3939
415-355-8000

Molly C. Dwyer
Clerk of Court

# Certificate of Good Standing

I, Molly Dwyer, Clerk of this Court, certify that Emerson Sykes was duly admitted to practice in this Court on February 02, 2021 and is in good standing in this Court.

Dated at San Francisco, California on June 24, 2021.

*[signature]*

Clerk of the United States Circuit Court of Appeals for the Ninth Circuit