# IN THE UNITED STATES DISTRICT COURT FOR THE
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| BONGO PRODUCTIONS, LLC, ROBERT BERNSTEIN, SANCTUARY PERFORMING ARTS, LLC AND KYE SAYERS, | Civil No. 3:21-cv-00490 |
| Plaintiff, | Judge Trauger |
| v. | |
| CARTER LAWRENCE, Tennessee State Fire Marshal, in his official capacity, CHRISTOPHER BAINBRIDGE, Director of Codes Enforcement, in his official capacity, GLENN R. FUNK, District Attorney General for the 20th Judicial District, in his official capacity, and NEAL PINKSTON, District Attorney General for the 11th Judicial, in his official capacity, | |
| Defendants. | |

## ORDER

The plaintiffs in this case have not requested a temporary restraining order, preventing H.B. 1182/S.B.1224, 112th Gen. Assemb., 1st Reg. Sess. (Tenn. 2021) from going into effect tomorrow, July 1, 2021. Instead, they have suggested a briefing schedule on their Motion for Preliminary Injunction (Doc. No. 6 at 4) that is unacceptable to the court. It is hereby ORDERED that the defendants shall respond to the Plaintiffs' Motion for Preliminary Injunction (Doc. No. 6) by July 7, 2021.

It is so **ORDERED**.

_____
ALETA A. TRAUGER
U.S. District Judge