UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| BONGO PRODUCTIONS, LLC, ROBERT BERNSTEIN, SANCTUARY PERFORMING ARTS LLC, and KYE SAYERS, <br><br>Plaintiffs, <br><br>v. <br><br>CARTER LAWRENCE, Tennessee State Fire Marshall, in his official capacity, CHRISTOPHER BAINBRIDGE, Director of Code Enforcement, in his official capacity, GLENN R. FUNK, District Attorney General for the 20th Judicial District, in his official capacity, and NEAL PINKSTON, District Attorney General for the 11th Judicial District, in his official capacity, <br><br>Defendants. | Case No. 3:21-cv-00490 <br>Judge Aleta A. Trauger |

## ORDER

For the reasons explained in the accompanying Memorandum, the Motion for Preliminary Injunction filed by Bongo Productions, LLC, Robert Bernstein, Sanctuary Performing Arts LLC, and Kye Sayers is hereby **GRANTED**. The defendants are hereby **ORDERED** to take no actions to enforce House Bill 1182/Senate Bill 1224, as described in the Memorandum. Because this Order imposes no material obligation upon the defendants other than continuing nonenforcement of a law that, until recently, was not in effect, the court finds that no bond is necessary pursuant to Fed. R. Civ. P 65(c).

It is so **ORDERED**.

_____
ALETA A. TRAUGER
United States District Judge