IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| BONGO PRODUCTIONS, LLC, ROBERT BERNSTEIN, SANCTUARY PERFORMING ARTS, LLC AND KYE SAYERS, )<br>)<br>)<br>)<br>) | Civil No. 3:21-cv-00490<br>Judge Trauger |
| Plaintiff, ) | |
| v. ) | |
| CARTER LAWRENCE, Tennessee State Fire Marshal, in his official capacity, CHRISTOPHER BAINBRIDGE, Director of Codes Enforcement, in his official capacity, GLENN R. FUNK, District Attorney General for the 20th Judicial District, in his official capacity, and NEAL PINKSTON, District Attorney General for the 11th Judicial, in his official capacity, ) | |
| Defendants. ) | |

## ORDER

The initial case management conference scheduled on Monday, August 23, 2021 at 3:00 p.m. will be held in Judge Trauger's courtroom. Lead counsel for each party shall participate in the conference. All participants will be masked and socially distanced during the conference.

It is so **ORDERED**.

_____
ALETA A. TRAUGER
U.S. District Judge