**Motion GRANTED.** *[signature]*

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| BONGO PRODUCTIONS, LLC, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Civ. Action |
| ) | No. 3:21-cv-00490 |
| ) | Judge Trauger |
| CARTER LAWRENCE, et al., ) | |
| ) | |
| Defendants. ) | |
| ) | |

## MOTION TO ALLOW COUNSEL
## TO PARTICIPATE IN CASE MANAGEMENT CONFERENCE BY TELEPHONE

Plaintiffs move the Court to allow counsel for Plaintiffs Emerson J. Sykes and Stella Yarbrough to participate by telephone in the August 23, 2021 Case Management Conference.

1. The initial Case Management Conference is set in this matter before Judge Trauger at 3:00 PM on Monday, August 23, 2021 in her courtroom in Nashville, Tennessee.

2. Thomas H. Castelli will appear in person at the Case Management Conference as lead counsel for Plaintiffs.

3. Attorneys for Plaintiffs, Emerson J. Sykes and Stella Yarbrough, respectfully request permission to attend the case management conference via telephone.

4. Mr. Sykes is admitted *pro hac vice* and maintains his office in New York, NY. He will not be able to travel to Tennessee to appear in person.

5. Ms. Yarbrough maintains her office in Nashville; however, she does not plan to attend the conference under the present circumstance of the COVID-19 pandemic to avoid crowding the courtroom.