# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF TENNESSEE
### NASHVILLE DIVISION

| | |
|---|---|
| BONGO PRODUCTIONS, LLC, ROBERT BERNSTEIN, SANCTUARY PERFORMING ARTS LLC, AND KYE SAYERS,<br><br>　　　　　Plaintiffs,<br><br>v.<br><br>CARTER LAWRENCE, Tennessee State Fire Marshal, in his official capacity, CHRISTOPHER BAINBRIDGE, Director of Codes Enforcement, in his official capacity, GLENN R. FUNK, District Attorney General for the 20th Judicial District, in his official capacity, and NEAL PINKSTON, District Attorney General for the 11th Judicial District, in his official capacity,<br><br>　　　　　Defendants. | Civ. Action<br>3:21-cv-00490<br><br>JUDGE TRAUGER |

## MOTION FOR ADMISSION PRO HAC VICE

Pursuant to Rule 83.01(b) of the Local Rules of this Court, Thomas H. Castelli, a member of the bar of this Court, hereby moves for the admission *pro hac vice* of Malita Picasso, an attorney at the American Civil Liberties Union, 125 Broad Street, 18th Floor, New York, NY 10004, 212-549-2561, mpicasso@aclu.org, for the purposes of this litigation in this Court as counsel for plaintiffs.

1.　Malita Picasso does not reside in this district and does not maintain an office in this district for the practice of law.

2.　Malita Picasso is a member in good standing of the U.S. Court of Appeals for the Ninth Circuit. A certificate of good standing and sworn statement regarding disciplinary, contempt,

and criminal proceedings are attached, and the filing fee in the amount of $150.00 has been paid to the Clerk via the Court's electronic payment system.

Dated: October 20, 2021  Respectfully submitted,

     */s/ Thomas H. Castelli*
Thomas H. Castelli (No. 24849)
Stella Yarbrough (No. 33637)
American Civil Liberties Union
    Foundation of Tennessee
P.O. Box 120160
Nashville, TN 37212
Tel: (615) 320-7142
tcastelli@aclu-tn.org
syarbrough@aclu-tn.org

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| BONGO PRODUCTIONS, LLC, ROBERT BERNSTEIN, SANCTUARY PERFORMING ARTS LLC, AND KYE SAYERS,<br><br>    Plaintiffs,<br><br>v.<br><br>CARTER LAWRENCE, Tennessee State Fire Marshal, in his official capacity, CHRISTOPHER BAINBRIDGE, Director of Codes Enforcement, in his official capacity, GLENN R. FUNK, District Attorney General for the 20th Judicial District, in his official capacity, and NEAL PINKSTON, District Attorney General for the 11th Judicial District, in his official capacity,<br><br>    Defendants. | Civ. Action<br>3:32-cv-00490<br><br>JUDGE TRAUGER |

### DECLARATION OF MALITA PICASSO

1. I hereby certify that I am a member in good standing of the of the U.S. Court of Appeals for the Ninth Circuit. A true and correct copy of my Certificate of Good Standing is included with the motion for my admission *pro hac vice*.

2. I also declare under penalty of perjury that I am not, nor have I ever been, the subject of criminal proceedings nor disciplinary proceedings by any disciplinary authority, nor have I had a finding of contempt or a sanction against me under 28 U.S.C. § 1927.

Dated: October 20, 2021  Respectfully submitted,

   */s/ Malita V. Picasso*
Malita Picasso
American Civil Liberties Union Foundation
125 Broad Street, 18th Floor
New York, NY 10004
Tel: (212) 549-2561
mpicasso@aclu.org

## CERTIFICATE OF SERVICE

I hereby certify that on October 20, 2021 a true and correct copy of the foregoing motion was served on the Tennessee Attorney General's Office, counsel for all Defendants, via the Court's ECF/CM system.

Alexander S. Rieger
Rainey A. Lankford
Office of the Attorney General and Reporter
P.O. Box 20207
Nashville, Tennessee 37202-0207
Alex.rieger@ag.tn.gov
Rainey.lankford@ag.tn.gov

*/s/ Thomas H. Castelli*
Thomas H. Castelli (No. 24849)
American Civil Liberties Union
    Foundation of Tennessee
P.O. Box 120160
Nashville, TN 37212
Tel: (615) 320-7142
tcastelli@aclu-tn.org