IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| BONGO PRODUCTIONS, LLC, et al., ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> ) <br> CARTER LAWRENCE, et al., ) <br> ) <br> Defendants. ) <br> ) | Civ. Action <br> No. 3:21-cv-00490 <br> Judge Trauger |

## STIPULATION OF VOLUNTARY DISMISSAL OF PLAINTIFFS SANCTUARY PERFORMING ARTS LLC AND KYE SAYERS

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), the parties to this cause, through their counsel, respectfully stipulate that all claims asserted by Plaintiffs Sanctuary Performing Arts LLC and Kye Sayers against Defendants Carter Lawrence, Christopher Bainbridge, Glenn R. Funk, and Neal Pinkston may be dismissed without prejudice. Dismissal of the claims of Plaintiffs Sanctuary Performing Arts LLC and Kye Sayers will have no impact on the claims asserted by remaining Plaintiffs, Robert Bernstein and Bongo Productions LLC.

Dated January 28, 2022.

Respectfully submitted,

*/s/ Stella Yarbrough*
Stella Yarbrough (No. 33637)
Thomas H. Castelli (No. 24849)
American Civil Liberties Union
Foundation of Tennessee
P.O. Box 120160

Nashville, TN 37212
Tel: (615) 320-7142
tcastelli@aclu-tn.org
syarbrough@aclu-tn.org

Rose Saxe*
Emerson Sykes*
Malita Picasso*
American Civil Liberties
Union Foundation
125 Broad Street, 17th Floor
New York, NY 10004
Tel: (212) 549-2500
rsaxe@aclu.org
esykes@aclu.org
mpicasso@aclu.org

*Attorneys for Plaintiffs*

*Admitted *pro hac vice*

<u>/s/ Alexander S. Rieger</u>
Alexander S. Rieger
Rainey A. Lankford
Office of the Attorney General and Reporter
P.O. Box 20207
Nashville, Tennessee 37202-0207
Alex.rieger@ag.tn.gov
Rainey.lankford@ag.tn.gov

*Attorneys for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that on January 28, 2022, a true and correct copy of the foregoing report was served on the Tennessee Attorney General's Office, counsel for all Defendants, via the Court's ECF/CM system.

<u>/s/ Stella Yarbrough</u>
Stella Yarbrough