# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| BONGO PRODUCTIONS, LLC, et al., ) | |
| Plaintiffs, ) | |
| v. ) | Civ. Action No. 3:21-cv-490 |
| ) | Judge Trauger |
| CARTER LAWRENCE, et al., ) | |
| Defendants. ) | |

## NOTICE OF WITHDRAWAL AS COUNSEL

Pursuant to Local Rule 83.01(g), Thomas H. Castelli hereby notifies this Court of his withdrawal as co-counsel for Plaintiffs Bongo Production, LLC and Robert Bernstein. Mr. Castelli is leaving the employment of the American Civil Liberties Union Foundation of Tennessee, Inc. ("ACLU-TN") on February 5, 2022, for a different employment opportunity in another state. Counsel from the ACLU-TN, Stella Yarbrough will continue serving as attorney for Plaintiffs. Additionally, Plaintiffs will continue to be represented by counsel Rose Saxe, Emerson Sykes and Malita Picasso with the American Civil Liberties Union Foundation.

Dated: February 1, 2022.

Respectfully Submitted,

/s/ Thomas H. Castelli
Thomas H. Castelli, # 024849
ACLU Foundation of Tennessee
P.O. Box 120160
Nashville, TN 37212
615-320-7142
tcastelli@aclu-tn.org

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was served on February 1, 2022, by operation of the Court's electronic filing system on the following:

Alexander S. Rieger
Rainey A. Lankford
Office of the Attorney General and Reporter
P.O. Box 20207
Nashville, Tennessee 37202-0207
Alex.rieger@ag.tn.gov
Rainey.lankford@ag.tn.gov

*Attorneys for Defendants*

/s/ Thomas H. Castelli
Thomas H. Castelli