# EXHIBIT A



# State of Tennessee

## PUBLIC CHAPTER NO. 453

### HOUSE BILL NO. 1182

By Representatives Rudd, Cepicky, Griffey, Sherrell, Moody, Todd

Substituted for: Senate Bill No. 1224

By Senators Rose, Hensley, Pody

AN ACT to amend Tennessee Code Annotated, Title 4; Title 5; Title 6; Title 7; Title 49 and Title 68, relative to public facilities.

BE IT ENACTED BY THE GENERAL ASSEMBLY OF THE STATE OF TENNESSEE:

SECTION 1. Tennessee Code Annotated, Title 68, Chapter 120, Part 1, is amended by adding the following as a new section:

(a) A public or private entity or business that operates a building or facility open to the general public and that, as a matter of formal or informal policy, allows a member of either biological sex to use any public restroom within the building or facility shall post notice of the policy at the entrance of each public restroom in the building or facility.

(b) Signage of the notice must be posted in a manner that is easily visible to a person entering the public restroom and must meet the following requirements:

(1) Be at least eight inches (8") wide and six inches (6") tall;

(2) The top one-third (1/3) of the sign must have a background color of red and state "NOTICE" in yellow text, centered in that portion of the sign;

(3) The bottom two-thirds (2/3) of the sign must contain in boldface, block letters the following statement centered on that portion of the sign:

THIS FACILITY MAINTAINS A POLICY OF ALLOWING THE USE OF RESTROOMS BY EITHER BIOLOGICAL SEX, REGARDLESS OF THE DESIGNATION ON THE RESTROOM

(4) Except as provided in subdivision (b)(2), have a background color of white with type in black; and

(5) Be located on a door to which the sign must be affixed or have its leading edge located not more than one foot (1') from the outside edge of the frame of a door to which the sign must be affixed.

(c) If an entity or business is notified that it is not in compliance with this section, the entity or business has thirty (30) days in which to comply before any action is taken against the entity or business.

(d) As used in this section:

(1) "Policy" means the internal policy of a public or private entity or such policy as the result of a rule, ordinance, or resolution adopted by an agency or political subdivision of this state; and

(2) "Public restroom":

(A) Includes a locker room, shower facility, dressing area, or other facility or area that is:

(i) Open to the general public;

**HB1182**

      (ii) Designated for a specific biological sex; and

      (iii) A facility or area where a person would have a reasonable expectation of privacy; and

    (B) Excludes a unisex, single-occupant restroom or family restroom intended for use by either biological sex.

 SECTION 2. This act takes effect July 1, 2021, the public welfare requiring it.

HOUSE BILL NO. 1182

PASSED: April 29, 2021

_____
CAMERON SEXTON, SPEAKER
HOUSE OF REPRESENTATIVES

_____
RANDY MCNALLY
SPEAKER OF THE SENATE

APPROVED this 17th day of May 2021

_____
BILL LEE, GOVERNOR