UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| BONGO PRODUCTIONS, LLC, and ROBERT BERNSTEIN, <br><br>Plaintiffs, <br><br>v. <br><br>CARTER LAWRENCE, Tennessee State Fire Marshall, in his official capacity, CHRISTOPHER BAINBRIDGE, Director of Code Enforcement, in his official capacity, GLENN R. FUNK, District Attorney General for the 20th Judicial District, in his official capacity, and NEAL PINKSTON, District Attorney General for the 11th Judicial District, in his official capacity, <br><br>Defendants. | Case No. 3:21-cv-00490 <br>Judge Aleta A. Trauger |

## ORDER

For the reasons explained in the accompanying Memorandum, the plaintiffs' Motion for Summary Judgment (Doc. No. 35) is hereby **GRANTED** as to all defendants except District Attorney General Neal Pinkston. Because the only plaintiffs within Pinkston's territorial jurisdiction voluntarily dismissed their claims, any remaining claims pending against Pinkston are **DISMISSED** for lack of jurisdiction. The remaining defendants are hereby **ORDERED** to take no actions to enforce House Bill 1182/Senate Bill 1224, as described in the Memorandum, and the court hereby **DECLARES** that enforcement of that law would violate the First Amendment. The Clerk shall enter judgment in accordance with Rule 58 of the Federal Rules of

Civil Procedure. Any request for attorney's fees shall be considered pursuant to a separate motion.

It is so **ORDERED**.

_____
ALETA A. TRAUGER
United States District Judge