## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF TENNESSEE


Bongo Productions, LLC, et al.

                          Plaintiff,

v.                                        Case No.: 3:21−cv−00490

Carter Lawrence, et al.

                          Defendant,

## ENTRY OF JUDGMENT


     Judgment is hereby entered for purposes of Rule 58(a) and/or Rule 79(a) of the Federal Rules of Civil Procedure on 5/17/2022 re [43].


Lynda M. Hill
s/ Kim Chastain, Deputy Clerk
