# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| BONGO PRODUCTIONS, LLC, and ROBERT BERNSTEIN, ) ) ) Plaintiffs, ) ) ) v. ) ) CARTER LAWRENCE, Tennessee State Fire ) Marshal, in his official capacity, et al., ) ) Defendants. ) | Civ. Action Case No. 3:21-cv-00490 Judge Trauger |

## JOINT MOTION TO STAY
## DEADLINE FOR MOTION FOR ATTORNEYS' FEES AND COSTS

Counsel for Plaintiffs and Counsel for Defendants jointly request a stay of the deadline to submit a bill of costs to the Court for attorney's fees and costs of litigation. Counsel note that this motion is made within 30 days from the entry of judgment. *See* Local Rule 54.01(b)(1).

Pursuant to Local Rule 54.01(a), Counsel for both parties anticipate reaching an agreement as to the payment of costs and fees. Counsel respectfully request an extension of 45 days from the entry of this Stay to allow parties to reach such an agreement.

While Counsel for both parties anticipate reaching an agreement, should they fail, Counsel for Plaintiffs will submit a Motion for Fees and Costs with this Court within 45 days from the entry of the Stay.

Respectfully submitted,

*/s/ Stella Yarbrough*
Stella Yarbrough (BPR # 33637)
ACLU-TN
P.O. Box 120160

1

Nashville, TN 37212
(615) 320-7142
syarbrough@aclu-tn.org

*/s/ Alexander S. Rieger*
Alexander S. Rieger
Office of the Attorney General and Reporter
P.O. Box 20207
Nashville, Tennessee 37202-0207
Alex.rieger@ag.tn.gov

**CERTIFICATE OF SERVICE**

I hereby certify that on June 16, 2022, a true and correct copy of the foregoing motion was served on the Tennessee Attorney General's Office, counsel for all Defendants, via the Court's ECF/CM system.

Alexander S. Rieger
Rainey A. Lankford
Office of the Attorney General and Reporter
P.O. Box 20207
Nashville, Tennessee 37202-0207
Alex.rieger@ag.tn.gov
Rainey.lankford@ag.tn.gov

*/s/ Stella Yarbrough*
Stella Yarbrough