IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| BONGO PRODUCTIONS, LLC, and ROBERT BERNSTEIN, ) ) ) Plaintiffs, ) ) ) v. ) ) CARTER LAWRENCE, Tennessee State Fire ) Marshal, in his official capacity, et al., ) ) Defendants. ) | Civ. Action Case No. 3:21-cv-00490 Judge Trauger |

**ORDER STAYING
DEADLINE FOR MOTION FOR ATTORNEYS' FEES AND COSTS**

Upon consideration of Counsel for Plaintiffs' and Counsel for Defendants' Joint Motion to Stay Deadline For Motion For Attorneys' Fees and Costs (filed June 16, 2022), and in anticipation of Counsel for both Parties reaching an agreement as to fees and costs, this Court **GRANTS** the Joint Motion staying the deadline under Local Rule 54.01(b)(1) for 45 days from the entry of this Order.

Dated the 16th of June, 2022.

_____
ALETA A. TRAUGER
United States District Judge

1