IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| BONGO PRODUCTIONS, LLC, and ROBERT BERNSTEIN, <br><br> Plaintiffs, <br><br> v. <br><br> CARTER LAWRENCE, Tennessee State Fire Marshal, in his official capacity, et al., <br><br> Defendants. | Civ. Action <br> Case No. 3:21-cv-00490 <br> Judge Trauger |

**ORDER GRANTING MOTION FOR ATTORNEY'S FEES AND COSTS**

Upon consideration of Plaintiff's Motion for Attorneys' Fees and Costs, and in consideration that this Motion is Unopposed by State Defendants, this Court **GRANTS** the Motion for Attorney's Fees and Costs in the amount requested for each group below:

| ACLU | $ | 76,917.50 |
|---|---|---|
| ACLU – Tennessee | $ | 21,649.00 |
| **Total** | **$** | **98,566.50** |

In addition, the amount of costs and expenses to be reimbursed is $6,982.25 as demonstrated in Plaintiff's Motion. The Court finds that these fees are reasonable, and as the representatives of the party who obtained full and complete relief on every count, Plaintiffs' Counsel are entitled to their reasonable fee as described above.

Dated the 13th of September, 2022.

_____
ALETA A. TRAUGER
United States District Judge